UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>              Defendants. | Case No. 1:21-cv-01534-CDB (PC)<br><br>**ORDER TRANSFERRING ACTION TO SACRAMENTO DIVISION** |

Plaintiff Allan Fletcher, a civil detainee, is proceeding *pro se* and *in forma pauperis* (IFP) in this civil rights action.

**INTRODUCTION**

This action was pending screening (*see* 28 U.S.C. § 1915A) following the filing of Plaintiff's complaint on October 18, 2021.

Prior to issuing a screening order, following review of Plaintiff's complaint, the undersigned learned at least two of the named Defendants in the complaint are employed in the Fresno Clerk's Office.

The Court's Local Rule 120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District."

Here, given that Plaintiff's complaint names two Doe Defendants who are alleged to be associated with the Fresno Division of the Clerk of Court's office, good cause exists to transfer this action from the Fresno Division to the Sacramento Division.

**CONCLUSION AND ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filing shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE

2